ACCEPTED
14-14-00278-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 6:57:20 AM
CHRISTOPHER PRINE
CLERK

**No. 14-14-00278-CR**

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/28/2015 6:57:20 AM

CHRISTOPHER A. PRINE
Clerk

◆

**No. 1243451**
In the 178th District Court
Of Harris County, Texas

◆

CHADRICK CANARD JOHNSON
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

◆

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

◆

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 178th District Court of Harris County, Texas, in cause number 1243451, **The State of Texas v. Chadrick Canard Johnson,** Appellant was convicted of murder, and was sentenced to forty five years in the Texas Department of Criminal Justice, Correctional Institutions Division, on March 19, 2014.

2. A written notice of appeal was timely filed on March 19, 2014.

4. The State's brief was due on January 22, 2015.

5. An extension of time in which to file the State's brief is requested until January 30, 2015.

6. Three previous extensions of time have been requested by the State.

7. The facts relied upon to explain the need for this extension are:

The State's Assistant District Attorney on appeal was mobilized to active duty in the United States Navy on January 23, 2015. The original expected date of this 1 year mobilization order was February 6, 2015, but was accelerated with minimal notice. The requirement to relocate from Houston to Norfolk, Virginia required a significant utilization of time previously intended to complete this brief, and delayed the work on all assigned briefs. Temporary relocation and mobilization requirements have been completed and work on this brief has resumed. The State's Assistant District Attorney on appeal will submit this brief by the end of the current week.

WHEREFORE, the State prays that this Court will grant an extension of time until January 30, 2015 in which to file the State's brief in this case.

Respectfully submitted,

**SETH GAGLIARDI**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 24073207

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been emailed and faxed

to the attorney for the Appellant on January 28, 2015:

Glenn Youngblood
5555 South Loop West, Suite 396
Bellaire, TX 77401
Phone: (713) 432-1013
Fax: (713) 574-3042
Email: glenlaw1@comcast.net

**SETH GAGLIARDI**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 24073207

Date:  January 28, 2015